| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | DAVID M. PORTER, # 127024<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700<br>Fax: (916) 498-5710 |
| 5 | |
| 6 | Attorneys for Defendant<br>TROY DONAHUE BARRON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. S 96-190 JAM 2 |
| Plaintiff, | ) ) | **Unopposed Request to Extend Deadline for Filing a Supplement or Other** |
| v. | ) ) | **Appropriate Response; Order** |
| TROY DONAHUE BARRON, | ) ) | |
| Defendant. | ) | Judge: Honorable JOHN A. MENDEZ |
| | ) ) | |

On January 28, 2019, defendant, TROY DONAHUE BARRON, filed a pro se motion to reduce his sentence pursuant to the First Step Act of 2018. Dkt. 382. On January 29, 2019, this Court issued a minute order directing the Office of the Federal Defender to file a supplement or other appropriate response not later than March 1, 2019. Due to a calendaring error, this deadline was not noted.[1]

The undersigned is the attorney responsible for assisting defendants convicted in the Eastern District of California seeking sentence reductions pursuant to Section 404 of the First Step Act. The undersigned has been in contact with Mr. Barron but because of the age and complexity of the case, an extension is needed to obtain documents and analyze the relevant issues raised by the motion. Accordingly, the undersigned

---

[1] The undersigned apologizes to the court for this oversight and has taken measures to avoid its recurrence.

Unopposed Request to Extend Deadline for -1- *United States v. Troy Donahue Barron,*
Filing a Supplement or Other Appropriate                    Civ. S 96-190 JAM 2

respectfully requests an extension until April 22, 2019, to file a supplement or other appropriate response to defendant's pro se motion filed January 28, 2019. A proposed order is lodged herewith.

Government counsel, Assistant U.S. Attorney Jason Hitt, has been informed of this request and has no opposition thereto.

Date: March 30, 2019

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

          */s/* David M. Porter
          DAVID M. PORTER
          Assistant Federal Defender

          Attorneys for Defendant
          TROY DONAHUE BARRON

Unopposed Request to Extend Deadline for Filing a Supplement or Other Appropriate -2- *United States v. Troy Donahue Barron,* Civ. S 96-190 JAM 2

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender is directed to file a supplement or other appropriate response on or before April 20, 2019

IT IS SO ORDERED.

Dated: March 20, 2019                /s/ John A. Mendez_____
                                     HONORABLE JOHN A. MENDEZ
                                     United States District Court Judge