| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | DAVID M. PORTER, # 127024<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700<br>Fax: (916) 498-5710 |
| 5 | |
| 6 | Attorneys for Defendant<br>TROY DONAHUE BARRON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. S 96-190 JAM 2 |
| Plaintiff, | ) ) | **Request to Extend Deadline for Filing a Supplement or Other Appropriate Response; Order** |
| v. | ) ) | |
| TROY DONAHUE BARRON, | ) ) | |
| Defendant. | ) ) | Judge: Honorable JOHN A. MENDEZ |
| | ) | |

On March 31, 2019, this Court issued an order directing the Office of the Federal Defender to file a supplement or other appropriate response to defendant's pro se motion to reduce sentence under the First Step Act no later than April 20, 2019. For the reasons set forth below, counsel requests a thirty-day extension of the deadline.

The undersigned is the attorney responsible for assisting defendants convicted in the Eastern District of California seeking sentence reductions pursuant to Section 404 of the First Step Act. Because of the age of this case, counsel has encountered difficulties in gathering the necessary documents needed to analyze the relevant issues raised by the motion. Accordingly, the undersigned respectfully requests an extension until May 20, 2019, to file a supplement or other appropriate response to defendant's pro se motion

/ / /

Request to Extend Deadline for Filing a Supplement or Other Appropriate Response; -1- *United States v. Troy Donahue Barron,* Civ. S 96-190 JAM 2

filed January 28, 2019. A proposed order is lodged herewith.[1]

Date: April 19, 2019

            Respectfully submitted,

            HEATHER E. WILLIAMS
            Federal Defender


            */s/* David M. Porter
            DAVID M. PORTER
            Assistant Federal Defender

            Attorneys for Defendant
            TROY DONAHUE BARRON

---

[1] The undersigned emailed the prosecutor to determine his position with respect to this request but has not yet received a response.

Request to Extend Deadline for Filing a
Supplement or Other Appropriate Response; -2- *United States v. Troy Donahue Barron,*
Civ. S 96-190 JAM 2

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender is directed to file a supplement or other appropriate response on or before May 20, 2019

IT IS SO ORDERED.

Dated: April 22, 2019      /s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge