| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DAVID M. PORTER, # 127024 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| | Fax: (916) 498-5710 |
| 5 | |
| | Attorneys for Defendant |
| 6 | TROY DONAHUE BARRON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. S 96-190 JAM 2 |
| | ) | |
| Plaintiff, | ) | **Unopposed Request to Extend Deadline** |
| | ) | **for Filing a Supplement or Other** |
| v. | ) | **Appropriate Response; Order** |
| | ) | |
| TROY DONAHUE BARRON, | ) | |
| | ) | |
| Defendant. | ) | Judge: Honorable JOHN A. MENDEZ |
| | ) | |
| | ) | |

On March 31, 2019, this Court issued an order directing the Office of the Federal Defender to file a supplement or other appropriate response to defendant's pro se motion to reduce sentence under the First Step Act no later than April 20, 2019. For the reasons set forth below, counsel requests an extension of the deadline to June 19, 2019.

The undersigned is the attorney responsible for assisting defendants convicted in the Eastern District of California seeking sentence reductions pursuant to Section 404 of the First Step Act. Defendant Troy Donahue Barron was one of three co-defendants charged in 1996 in a 15-count indictment. Following an eight-day trial, the defendants were convicted and Troy Barron was sentenced to life imprisonment. Because of the age of this case, counsel has encountered difficulties in gathering the necessary documents needed to analyze the relevant issues raised by the motion.

Accordingly, the undersigned respectfully requests an extension until June 19, 2019, to file a supplement or other appropriate response to defendant's pro se motion

filed January 28, 2019. Counsel for the government, Assistant U.S. Attorney Jason Hitt, graciously indicated he has no objection to this request. A proposed order is lodged herewith.

Date: May 21, 2019

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

        */s/ David M. Porter*
        DAVID M. PORTER
        Assistant Federal Defender

        Attorneys for Defendant
        TROY DONAHUE BARRON

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender is directed to file a supplement or other appropriate response on or before June 19, 2019.

IT IS SO ORDERED.

Dated: May 21, 2019          /s/ John A. Mendez_____
                                        HONORABLE JOHN A. MENDEZ
                                        United States District Court Judge