HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, # 127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
TROY DONAHUE BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S 96-190 JAM 2 |
| Plaintiff, | **Unopposed Request to Extend Deadline for Filing a Supplement or Other Appropriate Response; Order** |
| v. | |
| TROY DONAHUE BARRON, | |
| Defendant. | Judge: Honorable JOHN A. MENDEZ |

On May 22, 2019, this Court issued an order directing the Office of the Federal Defender to file a supplement or other appropriate response to defendant's pro se motion to reduce sentence under the First Step Act no later than June 19, 2019. For the reasons set forth below, counsel requests an extension of the deadline to October 31, 2019.

The undersigned is the attorney responsible for assisting defendants convicted in the Eastern District of California seeking sentence reductions pursuant to Section 404 of the First Step Act. Defendant Troy Donahue Barron was one of three co-defendants charged in 1996 in a 15-count indictment. Following an eight-day trial, the defendants were convicted and Troy Barron was sentenced to life imprisonment. The government and defense are taking a coordinated approach to resolving, where possible, reductions of sentences under the First Step Act, and it has taken longer than anticipated for the parties to address other cases with earlier priority than Mr. Barron's.

/ / /

1        Accordingly, the undersigned respectfully requests an extension until October 31,

2  2019, to file a supplement or other appropriate response to defendant's pro se motion

3  filed January 28, 2019.  Counsel for the government, Assistant U.S. Attorney Jason Hitt,

4  graciously indicated he has no objection to this request.  A proposed order is lodged

5  herewith.

6  Date:  July 31, 2019

7                        Respectfully submitted,

8                        HEATHER E. WILLIAMS
Federal Defender

9

10                     */s/  David M. Porter*
DAVID M. PORTER

11                     Assistant Federal Defender

12                     Attorneys for Defendant
TROY DONAHUE BARRON

# O R D E R

Pursuant to defendant's unopposed request, and good cause appearing therefor, the Office of the Federal Defender is directed to file a supplement or other appropriate response on or before October 31, 2019.

IT IS SO ORDERED.

Dated: August 1, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge