| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DAVID M. PORTER, # 127024 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| | Fax: (916) 498-5710 |
| 5 | |
| 6 | Attorneys for Defendant |
| | TROY DONAHUE BARRON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. S 96-190 JAM 2 |
| | ) | |
| Plaintiff, | ) | **Unopposed Request to Extend Deadline** |
| | ) | **for Filing a Supplement or Other** |
| v. | ) | **Appropriate Response; Order** |
| | ) | |
| TROY DONAHUE BARRON, | ) | |
| | ) | |
| Defendant. | ) | Judge: Honorable JOHN A. MENDEZ |
| | ) | |

On August 1, 2019, this Court issued an order directing the Office of the Federal Defender to file a supplement or other appropriate response to defendant's pro se motion to reduce sentence under the First Step Act no later than October 31, 2019. For the reasons set forth below, counsel requests an extension of the deadline to December 20, 2019.

The undersigned is the attorney responsible for assisting defendants convicted in the Eastern District of California seeking sentence reductions pursuant to Section 404 of the First Step Act. Defendant Troy Donahue Barron was one of three co-defendants charged in 1996 in a 15-count indictment. Following an eight-day trial, the defendants were convicted and Troy Barron was sentenced to life imprisonment. The government and defense are taking a coordinated approach to resolving, where possible, reductions of sentences under the First Step Act. Today, the government informed the undersigned that it declined to stipulate to relief under the First Step Act.
Unopposed Request to Extend Deadline for -1- *United States v. Troy Donahue Barron,*
Filing a Supplement or Other Appropriate Civ. S 96-190 JAM 2

1     Accordingly, because of the extremely lengthy record and the need to meet with Mr. Barron in person, the undersigned respectfully requests an extension until December 20, 2019, to file a supplement or other appropriate response to defendant's pro se motion filed January 28, 2019. Counsel for the government, Assistant U.S. Attorney Jason Hitt, graciously indicated he has no objection to this request. A proposed order is lodged herewith.

Date: November 13, 2019

                              Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ David M. Porter*
                              DAVID M. PORTER
                              Assistant Federal Defender

                              Attorneys for Defendant
                              TROY DONAHUE BARRON

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | Pursuant to defendant's unopposed request, and good cause appearing therefor, the |
| 3 | Office of the Federal Defender is directed to file a supplement or other appropriate |
| 4 | response on or before December 20, 2019. |
| 5 | IT IS SO ORDERED. |

Dated: November 14, 2019        /s/ John A. Mendez
                               HONORABLE JOHN A. MENDEZ
                               United States District Court Judge