| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | DAVID M. PORTER, # 127024<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700<br>Fax: (916) 498-5710 |
| 5 | |
| 6 | Attorneys for Defendant<br>TROY DONAHUE BARRON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. S 96-190 JAM 2 |
| Plaintiff, | ) ) | **Unopposed Request to Extend Deadline for Filing a Supplement or Other Appropriate Response; Order** |
| v. | ) ) ) | |
| TROY DONAHUE BARRON, | ) ) | |
| Defendant. | ) ) ) | Judge: Honorable JOHN A. MENDEZ |

On November 15, 2019, this Court issued an order directing the Office of the Federal Defender to file a supplement or other appropriate response to defendant's pro se motion to reduce sentence under the First Step Act no later than December 20, 2019. For the reasons set forth below, counsel requests an extension of the deadline to March 20, 2020.

The undersigned is the attorney responsible for assisting defendants convicted in the Eastern District of California seeking sentence reductions pursuant to Section 404 of the First Step Act. Defendant Troy Donahue Barron was one of three co-defendants charged in 1996 in a 15-count indictment. Following an eight-day trial, the defendants were convicted and Troy Barron was sentenced to life imprisonment. The government and defense are taking a coordinated approach to resolving, where possible, reductions of sentences under the First Step Act. On November 13, 2019, the government informed the undersigned that it declined to stipulate to relief under the First Step Act.

Unopposed Request to Extend Deadline for
Filing a Supplement or Other Appropriate
Response; Order

-1-

*United States v. Troy Donahue Barron,*
Civ. S 96-190 JAM 2

Since that time, the undersigned has requested Mr. Barron's records from the U.S. Bureau of Prisons, and is awaiting their receipt. Accordingly, in light of the extremely lengthy record, and the need to obtain and review Mr. Barron's record and meet with Mr. Barron in person, the undersigned respectfully requests an extension until March 20, 2020, to file a supplement or other appropriate response to defendant's pro se motion. Counsel for the government, Assistant U.S. Attorney Jason Hitt, graciously indicated he has no objection to this request. A proposed order is lodged herewith.

Date: December 20, 2019

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Defendant
TROY DONAHUE BARRON

**ORDER**

Pursuant to defendant's unopposed request, and good cause appearing therefor, the Office of the Federal Defender is directed to file a supplement or other appropriate response on or before March 20, 2020.

IT IS SO ORDERED.

Dated: December 20, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge