1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DAVID M. PORTER, # 127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Telephone: (916) 498-5700
   Fax: (916) 498-5710
5
   Attorneys for Defendant
6  TROY DONAHUE BARRON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. S 96-190 JAM 2 |
|---|---|
| Plaintiff, | ) **Unopposed Request to Extend Deadline** |
| | ) **for Filing a Supplement or Other** |
| v. | ) **Appropriate Response; Order** |
| TROY DONAHUE BARRON, | ) |
| Defendant. | ) Judge: Honorable JOHN A. MENDEZ |

On December 23, 2020, this Court issued an order directing the Office of the Federal Defender to file a supplement or other appropriate response to defendant's pro se motion to reduce sentence under the First Step Act no later than March 20, 2020. For the reasons set forth below, counsel requests an extension of the deadline to June 22, 2020.

The undersigned is the attorney responsible for assisting defendants convicted in the Eastern District of California seeking sentence reductions pursuant to Section 404 of the First Step Act. Defendant Troy Donahue Barron was one of three co-defendants charged in 1996 in a 15-count indictment. Following an eight-day trial, the defendants were convicted and Troy Barron was sentenced to life imprisonment. The government and defense are taking a coordinated approach to resolving, where possible, reductions of sentences under the First Step Act. On November 13, 2019, the government informed the undersigned that it declined to stipulate to relief under the First Step Act.

Since that time, the undersigned has requested Mr. Barron's records from the U.S.

Unopposed Request to Extend Deadline for    -1-    *United States v. Troy Donahue Barron,*
Filing a Supplement or Other Appropriate           Civ. S 96-190 JAM 2
Response; Order

Bureau of Prisons, and is awaiting their receipt. Accordingly, in light of the extremely lengthy record, the need to obtain and review Mr. Barron's record, and the dislocation caused by the corona virus pandemic, see General Orders 611 & 612, the undersigned respectfully requests an extension until June 22, 2020, to file a supplement or other appropriate response to defendant's pro se motion. Counsel for the government, Assistant U.S. Attorney Jason Hitt, graciously indicated he has no objection to this request. A proposed order is lodged herewith.

Date: March 20, 2020

                                                  Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ David M. Porter*
                                                  DAVID M. PORTER
                                                  Assistant Federal Defender

                                                  Attorneys for Defendant
                                                  TROY DONAHUE BARRON

**O R D E R**

Pursuant to defendant's unopposed request, and good cause appearing therefor, the Office of the Federal Defender is directed to file a supplement or other appropriate response on or before June 22, 2020.

IT IS SO ORDERED.

Dated: March 20, 2020          /s/ John A. Mendez
                                HONORABLE JOHN A. MENDEZ
                                United States District Court Judge