IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>  v.<br><br>TROY DONOHUE BARRON,<br><br>         Defendant. | Case no. S 96-190 JAM 2<br><br>**ORDER** |

  Pursuant to the request filed by counsel on July 27, 2020 and good cause appearing therefore, Defendant Troy Barron's request to withdraw his July 22, 2020 motion is hereby GRANTED.

  Pursuant to defendant's request, and good cause appearing therefore, this Court's order of June 30, 2020 [Dkt. 399] is reinstated. Troy Donahue Barron, by and through his attorney Michael Romano, is directed to file a supplement or other appropriate response on or before August 21, 2020.

  IT IS SO ORDERED.

Dated:  July 27, 2020

                /s/ John A. Mendez_____
                Hon. John A. Mendez
                United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2020, I electronically filed the foregoing Motion to Withdraw Defendant's Pro Se Request for Expedited Briefing and Disposition in his Petition for Reduction of Sentence Pursuant to the First Step Act, using the CM/ECF system, which sent notification of such filing of the US Attorney's Office at jason.hitt@usdoj.gov.

Dated: July 27, 2020

By: /s/ Michael S. Romano<br>Michael S. Romano