UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TROY DONAHUE BARRON,<br><br>        Defendant. | No.  2:96-cr-00190-JAM-2<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO REDUCE SENTENCE** |

     Defendant filed a Motion to Reduce Sentence pursuant to the

First Step Act § 404.  See Mot. to Reduce Sent. ("Mot."), ECF No.

404.  The Government does not oppose.  Good cause having been

shown, see Mot. at 4-10, the Court GRANTS Defendant's motion and

imposes a sentence of time served.  Upon release, Defendant shall

begin serving a 144-month term of supervised release, with all

other terms of the judgment remaining unchanged.


Dated:  September 2, 2020


_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE